Richards, Appellant, v. Richards.

Submitted September 22, 1970. *Melvin G. Levy,* and *Levy & Levy,* for appellant; *Ralph Schwartz,* and *Schwartz and Cohen,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a divorce in this case.

Scott *v.* Edens et ux., Appellants.

Argued September 17, 1970. *Vram Nedurian, Jr.,* for appellants; *James S. Kilpatrick, Jr.,* with him *Haws & Burke,* for appellees.

Order affirmed.

Commonwealth, Appellant, *v.* Van Dorn.

Argued September 21, 1970. *George T. Brubaker,* Assistant District Attorney, with him *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellant; *William E. Chillas,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.